THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROGER D. PARKER, Defendant-Appellant.

(No. 73-123;

Second District—March 31, 1975.

Opinion by MR. PRESIDING JUSTICE THOMAS J. MORAN.

Ralph Ruebner and Adam Lutynski, both of the State Appellate Defender's Office, of Elgin, for appellant.

Gerry Dondanville, State's Attorney, of Geneva (Clarence Wittenstrom, Jr., Assistant State's Attorney, of counsel), for the People.